USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESAR MERCEDES,

                Plaintiff,

-against-

UNDERGROUND LIQUIDATION INC., *doing business as* MAGIC MATRESS R US;

                Defendants.

23-CV-4766 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff has filed proof of service as to Defendant, Dkt. 12;

    WHEREAS Defendant's deadline to answer or otherwise respond to the Complaint has elapsed, Dkt. 12; and

    WHEREAS Defendant has neither appeared nor answered.

    IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against Defendant, in accordance with this Court's Individual Practices, by no later than **Friday, December 8, 2023**.

**SO ORDERED.**

Date: **November 6, 2023**
      **New York, New York**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**